# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3771
LT Case No. 2009-CF-007169-A

_____

KELLY LAMONT WHISBY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Kelly Lamont Whisby, Raiford, pro se.

James Uthmeier, Attorney General, and Daren Shippy,
Assistant Attorney General, Tallahassee, for Appellee.


August 4, 2026


PER CURIAM.

   AFFIRMED.

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____